NUMBERS 13-06-120-CR
and 13-06-121-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

LORENZO
CHARLES GARRETT,                                  Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                      On appeal from the County Court

                          of Gonzales
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Hinojosa, Rodriguez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, LORENZO
CHARLES GARRETT, attempted to perfect 
appeals from judgments entered by the County Court of Gonzales County, Texas. 
Sentence was imposed on February 2, 2006.  The notices of appeal were due to be filed on
March 6, 2006, but were not filed until March 10,
2006.   Said notices of appeal are
untimely filed. 

Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within 
fifteen days of the last day allowed and within the same period a motion
is filed in the court of appeals reasonably explaining the need for such
extension.  Appellant failed to file his
notices of appeal and a motion requesting an extension of time within such
period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeals, is of the opinion that the appeals should be dismissed for want of
jurisdiction.  The appeals are hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and filed this

the 18th day of May, 2006.